Case 1:19-cv-11262-AJN   Document 27   Filed 04/11/22   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tellier,<br><br>　　　　　　　Plaintiff,<br><br>　　–v–<br><br>Untied States of America,<br><br>　　　　　　　Defendant. | 20-cv-422 (AJN)<br>19-cv-11262 (AJN)<br><br>ORDER |

ALISON J. NATHAN, Circuit Judge, sitting by designation:

　　These cases have been resolved by opinions issued at 20-cv-422, Dkt. No. 12 and 19-cv-11262, Dkt. No. 24.

　　The Clerk of Court is respectfully directed to close these cases.

SO ORDERED.

Dated: April 11, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ALISON J. NATHAN
　　　　　　　　　　　　　　　　　　　　United States Circuit Judge
　　　　　　　　　　　　　　　　　　　　Sitting by Designation

1